# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSHUA GIBRAN MAYWEATHER, <br> Plaintiff, <br> v. <br> DETECTIVE M, et al., <br> Defendants. | Case No. 2:20-cv-04786-JLS (JDE) <br><br> JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 7, 2020

_____
JOSEPHINE L. STATON
United States District Judge